No. 96–7009 (A–420). ZEITVOGEL *v.* BOWERSOX, SUPERIN-TENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Ap-

plication for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. 